UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**KELCEY JONES,**

    **Petitioner,**

v.                                Case No. 5:22-cv-249-TKW/ZCB

**BARBARA BEASLEY, et al.,**

    **Respondents.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 5) and Petitioner's "motion for objection" (Doc. 6). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice under *Younger v. Harris*, 401 U.S. 37 (1971), due to Petitioner's pending criminal prosecution in state court. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** under *Younger v. Harris*, 401 U.S. 37 (1971).

3.   A certificate of appealability is **DENIED**.

4.   The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 2nd day of December, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**